IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

2010 MAY 26 PM 12: 50

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:                                     CASE NO: 05-50851

BENJAMIN FRANKLIN BRYANT              CHAPTER 7
MARSHA JOAN BRYANT
                    Debtor(s)          HON. MARILYN SHEA-STONUM
                                       BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Claim # | Money Now<br>941 N. Court<br>Medina, OH 44256 | $317.50 + |
| Claim #5 | Advance America<br>2086 Romig Rd., #A-1<br>Akron, OH 44320 | $357.48 |

$674.98

2. Your trustee's check for $674.98 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 24, 2010

Marc P. Gertz, #0003808
Chapter 7 Trustee
Goldman & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
Phone: 330.376.8336
Fax: 330.376.2522
mpgertz@goldman-rosen.com

ck # 1012
receipt # 81500