IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO: 05-50851

BENJAMIN FRANKLIN BRYANT  CHAPTER 7
MARSHA JOAN BRYANT
        Debtor(s)  HON. MARILYN SHEA-STONUM
                                  BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #5    Advance America                    $96.18
                        2086 Romig Rd #A-1
                        Akron OH 44320

2. Your trustee's check for $96.18 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: October 11, 2010

                                              Marc P. Gertz, #0003808
                                              Chapter 7 Trustee
                                              Goldman & Rosen, Ltd.
                                              11 S. Forge St.
                                              Akron, OH 44304
                                              Phone: 330.376.8336
                                              Fax: 330.376.2522
                                              mpgertz@goldman-rosen.com

*[Handwritten: Ck #1017 / receipt # 81839]*

*[Stamp: FILED 2010 OCT 13 AM 11:12 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON]*